IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR243** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **STACY A. GRANT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to supplement the Clerk's record designated to the Eighth Circuit Court of Appeals (Filing No. 98).

The Defendant asks that the record be supplemented with the sealed Statement of Reasons (Filing No. 90).

IT IS ORDERED:

1. The Defendant's motion to supplement the Clerk's record designated to the Eighth Circuit Court of Appeals (Filing No. 98) is granted; and

2. The Clerk is directed to supplement the record with the sealed Statement of Reasons (Filing No. 90).

DATED this 6th day of June, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge